**\*E-FILED 10/2/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

T.B. BRADLEY,                              No. C 08-03924 RS

        Plaintiff(s),

    v.                                         **ORDER**

PAY PAL, INC.,

        Defendant(s).
_____/

Pursuant to General Order 44, this case has been assigned to Magistrate Judge Richard Seeborg to conduct all further proceedings and to order the entry of final judgment upon the written consent of all parties in the case.

IT IS HEREBY ORDERED that the parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge in accordance with Title 28, U.S.C. §636(c) and Federal Rule of Civil Procedure 73 and file either a Consent to Proceed Before a United States Magistrate Judge or a Request for Reassignment to a United States District Judge no later than **October 31, 2008**.

If the parties do not consent, the case will be randomly reassigned to a District Judge of this court.

Dated: October 2, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Carlos Gregory Martinez     cmartin@isonlaw.com

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Theresa Bradley
6418 Old Post Court
Columbus, GA 31909

Dated: October 2, 2008

                                               /s/ BAK
                                               Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California