1

2

3

4                                                **E-FILED on** __02/07/09__

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12    Theresa Bradley, Psy.D.,                    No. C-08-03924 RMW

13                    Plaintiff,

14          v.                                    ORDER TO SHOW CAUSE

15    PayPal, Inc.,

16                    Defendant.

17

18          At the January 23, 2009 hearing for PayPal's motion to dismiss, PayPal argued that although

19   the complaint states that Paypal violated federal law, the supporting allegations fail to state a federal

20   claim.  For the reasons stated below, the court finds that no diversity jurisdiction exists and orders

21   plaintiff to show cause why her complaint should not be dismissed for lack of subject matter

22   jurisdiction.

23          District courts have jurisdiction in civil actions where there is complete
     diversity of citizenship among the parties and the amount in controversy exceeds
24   $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a). Generally, the
     amount in controversy is determined from the face of the pleadings. *See Pachinger v.*
25   *MGM Grand Hotel-Las Vegas, Inc.*, 802 F.2d 362, 363 (9th Cir.1986). The sum
     claimed by the plaintiff controls so long as the claim is made in good faith. *See St.*
26   *Paul Mercury Indem. Co.*, 303 U.S. at 288, 58 S.Ct. 586. "To justify dismissal, 'it
     must appear to a legal certainty that the claim is really for less than the jurisdictional
27   amount.' " *Budget Rent-A-Car*, 109 F.3d at 1473 (quoting *St. Paul Mercury Indem.*
     *Co.*, 303 U.S. at 289, 58 S.Ct. 586).
28

United States District Court
For the Northern District of California

1

2   *Crum v. Circus Circus*, 231 F.3d 1129, 1131 (9th Cir. 2000).

3           A case may be dismissed when a limitation on damages makes it impossible for the plaintiff

4   to meet the amount-in-controversy requirement. *Pachinger v. MGM, Grand Hotel-Las Vegas, Inc.*,

5   802 F.2d 362, 364 (9th Cir. 1986). PayPal's User Agreement provides in Subsection 14.6:

6           **Limitations on Liability.** In no event shall we, our parent, employees or our supplies
            be liable for lost profits or any special incidental or consequential damages arising
7           out of or in connection with our web site, our service, or this agreement (however
            arising, including negligence). . . . Our liability, and the liability of our parent,
8           employees, and suppliers, to you or any third parties in any circumstance is limited to
            the actual amount of direct damages.

9

10  Def.'s Reply ISO Mot. to Dismiss Ex. A, pg 23. Because plaintiff has apparently suffered just $1500

11  in direct damages, her case does not meet the amount in controversy needed for diversity

12  jurisdiction. Even if the "Limitation on Liability" provision is for some reason unenforceable,

13  plaintiff cannot claim damages in excess of $75,000 in good faith. Therefore, diversity jurisdiction

14  does not exist.

15          Defendant's contention that the complaint fails to allege a claim for relief based upon a

16  federal question appears to have merit. The court therefore orders plaintiff to show cause in writing

17  why the complaint should not be dismissed for failure properly allege a claim involving a federal

18  question. Plaintiff shall file papers making such a showing by February 27, 2009. Defendant shall

19  file any opposition by March 6, 2009 and plaintiff may reply by March 13, 2009. The matter will

20  then be submitted on the papers unless the court orders a hearing.

21

22          DATED:  _____02/07/09_____          *Ronald M Whyte*_____

23                                              RONALD M. WHYTE
                                                United States District Judge

24

25

26

27

28

ORDER TO SHOW CAUSE—No. C-08-03924 RMW
AEA                                              2

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1   **Notice of this document has been sent to:**

2   **Counsel for Plaintiff:**

3   Theresa Bradley, *Pro Se*
    6418 Old Post Court
4   Columbus, GA 31909

5   **Counsel for Defendants:**

6   Carlos Gregory Martinez       cmartin@isonlaw.com

7

8   Counsel are responsible for distributing copies of this document to co-counsel that have not
    registered for e-filing under the court's CM/ECF program.

9

10

11  **Dated:**      02/07/09                        JAS
                                            **Chambers of Judge Whyte**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28