**E-FILED on** 06/01/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Theresa Bradley, Psy.D., | No. C-08-03924 RMW |
| Plaintiff, | |
| v. | JUDGMENT |
| PayPal, Inc., | |
| Defendant. | |

On April 17, 2009, the court dismissed plaintiff Theresa Bradley's complaint for lack of subject matter jurisdiction, and gave plaintiff twenty days leave to amend. No amendment to the complaint has been filed. Therefore,

IT IS HEREBY ordered that plaintiff take nothing by way of her complaint and that judgment be entered in favor of defendant.

DATED:   06/01/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-08-03924 RMW
JAS

1 **Notice of this document has been sent to:**

2 **Counsel for Plaintiff:**

3 Theresa Bradley, *Pro Se*
6418 Old Post Court
4 Columbus, GA 31909

5 **Counsel for Defendants:**

6 Carlos Gregory Martinez       cmartin@isonlaw.com

8 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

11 **Dated:**   06/01/09                              JAS
**Chambers of Judge Whyte**

JUDGMENT—No. C-08-03924 RMW
JAS                                                                 2